*Ex parte* EDWARD B. JUSTUS.

No. A-459.   Opinion Filed December 18, 1909.

(105 Pac. 1119.)

Petition of Edward B. Justus for writ of *habeas corpus*. Petition denied.

*Eubanks & Elder* and *Chas. T. Keller,* for petitioner.

PER CURIAM.   The petitioner, Edward B. Justus, on December 3, 1909, filed in this court a petition signed and verified by his oath, wherein he avers that he is unlawfully restrained of his liberty by one R. E. Rader, sheriff of Kay county, at and in the common jail of said county. For the reasons stated therein, petitioner prays that the writ of *habeas corpus* be allowed, and that he be discharged. On said day there was also filed an agreed statement of facts. We do not deem it necessary to further consider this cause than to state that in the case of *Ex parte Justus, ante,* p. 111, 104 Pac. 933, opinion rendered October 25, 1909, the petitioner was by decision of this court remanded to the custody of the sheriff of Kay county, with direction to the district court of said county to proceed in accordance with the views of this court as expressed in said opinion. For this reason, the application for a writ of *habeas corpus* is denied.